## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 3:20-CV-215

| | |
|---|---|
| JIM BOGNET; DONALD K. MILLER; DEBRA MILLER; ALAN CLARK; AND JENNIFER CLARK<br><br>   Plaintiffs,<br><br> v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, ADAMS COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY BOARD OF ELECTIONS, ARMSTRONG COUNTY BOARD OF ELECTIONS, BEAVER COUNTY BOARD OF ELECTIONS, BEDFORD COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BLAIR COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, CLEARFIELD COUNTY BOARD OF ELECTIONS, CLINTON COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, CRAWFORD COUNTY BOARD OF ELECTIONS, CUMBERLAND COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, DELAWARE COUNTY BOARD OF ELECTIONS, ELK COUNTY BOARD OF ELECTIONS, ERIE COUNTY | **PLAINTIFFS' MOTION FOR AN IMMEDIATE TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION AND EXPEDITED HEARING AS SOON AS PRACTICABLE** |

BOARD OF ELECTIONS, FAYETTE
COUNTY BOARD OF ELECTIONS,
FOREST COUNTY BOARD OF
ELECTIONS, FRANKLIN COUNTY
BOARD OF ELECTIONS, FULTON
COUNTY BOARD OF ELECTIONS,
GREENE COUNTY BOARD OF
ELECTIONS, HUNTINGDON COUNTY
BOARD OF ELECTIONS, INDIANA
COUNTY BOARD OF ELECTIONS,
JEFFERSON COUNTY BOARD OF
ELECTIONS, JUNIATA COUNTY BOARD
OF ELECTIONS, LACKAWANNA
COUNTY BOARD OF ELECTIONS,
LANCASTER COUNTY BOARD OF
ELECTIONS, LAWRENCE COUNTY
BOARD OF ELECTIONS, LEBANON
COUNTY BOARD OF ELECTIONS,
LEHIGH COUNTY BOARD OF
ELECTIONS, LUZERNE COUNTY BOARD
OF ELECTIONS, LYCOMING COUNTY
BOARD OF ELECTIONS, MCKEAN
COUNTY BOARD OF ELECTIONS,
MERCER COUNTY BOARD OF
ELECTIONS, MIFFLIN COUNTY BOARD
OF ELECTIONS, MONROE COUNTY
BOARD OF ELECTIONS, MONTGOMERY
COUNTY BOARD OF ELECTIONS,
MONTOUR COUNTY BOARD OF
ELECTIONS, NORTHAMPTON COUNTY
BOARD OF ELECTIONS,
NORTHUMBERLAND COUNTY BOARD
OF ELECTIONS, PERRY COUNTY BOARD
OF ELECTIONS, PHILADELPHIA
COUNTY BOARD OF ELECTIONS, PIKE
COUNTY BOARD OF ELECTIONS,
POTTER COUNTY BOARD OF
ELECTIONS, SCHUYLKILL COUNTY
BOARD OF ELECTIONS, SNYDER
COUNTY BOARD OF ELECTIONS,
SOMERSET COUNTY BOARD OF
ELECTIONS, SULLIVAN COUNTY
BOARD OF ELECTIONS, SUSQUEHANNA
COUNTY BOARD OF ELECTIONS, TIOGA
COUNTY BOARD OF ELECTIONS, UNION
COUNTY BOARD OF ELECTIONS,

VENANGO COUNTY BOARD OF
ELECTIONS, WARREN COUNTY BOARD
OF ELECTIONS, WASHINGTON COUNTY
BOARD OF ELECTIONS, WAYNE
COUNTY BOARD OF ELECTIONS,
WESTMORELAND COUNTY BOARD OF
ELECTIONS, WYOMING COUNTY
BOARD OF ELECTIONS, AND YORK
COUNTY BOARD OF ELECTIONS

            Defendants.

For the reasons set forth in the accompanying Brief, Plaintiffs Jim Bognet, Donald K. Miller, Debra Miller, Alan Clark, and Jennifer Clark, respectfully request that this Court enter an immediate temporary restraining order to restrain the Secretary of the Commonwealth Kathy Boockvar and the 67 County Boards of Elections (collectively, "Defendants") from following an unconstitutional policy announced by the Pennsylvania Supreme Court in a recent decision. Plaintiffs also respectfully request, given the exigent circumstances presented by the impending election in Pennsylvania, that this Court schedule an expedited hearing and issue a preliminary injunction as soon as practicable. Attached for the Court's convenience is a copy of the stay opposition filed by Secretary Boockvar in the U.S. Supreme Court in a case raising issues similar to those at issue here. *See* Resp. in Opp. To Emergency App. For Stay, *Scarnati, et al., v. Boockvar, et al.*, No. 20A53 (U.S. 2020) (attached hereto as Exhibit 1).

Plaintiffs' counsel provided Defendants notice of the filing of their complaint by emailing today a copy of that complaint to Defendants' counsel listed in the Certificate of Service with the exception of Butler County for whom we will mail a copy of the complaint. Plaintiffs' counsel also informed Defendants' counsel in that notice that they planned on filing a motion for a temporary restraining order and preliminary injunction expeditiously. As of this filing, none of the counsel contacted have consented to the relief Plaintiffs seek. *See* Decl. of Nicole J. Moss (attached

hereto as Exhibit 2). Immediately prior to filing this motion with the Court, Plaintiffs provided additional notice of this motion to Defendants by emailing the motion and accompanying brief to Defendants' counsel with the exception of Butler County for whom we will mail a copy of the motion and accompanying brief.

Dated: October 22, 2020                       Respectfully submitted,

David H. Thompson*                       /s/ Bradley A. King
Peter A. Patterson*                       PA ID No. 307090
Nicole J. Moss*                             King Legal Group, LLC
Cooper & Kirk, PLLC                       114 North Maple Avenue
1523 New Hampshire Ave., N.W.         Greensburg, PA 15601
Washington, D.C. 20036                   Telephone: (724) 836-1500
Telephone: (202) 220-9600               Fax: (724) 836-1668
Fax: (202) 220-9601                       bking@kinglg.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nmoss@cooperkirk.com

        *Pro hac vice application
        forthcoming                          Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd Day of October, 2020, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing and served on counsel registered to receive CM/ECF notifications in this case. I also caused the foregoing document to be e-mailed to the following counsel for Defendants at the email address identified below and if no such email address is identified to be mailed, via First Class mail, to the mailing addresses identified below:

**<u>Defendant</u>**

**KATHY BOOCKVAR**
*in her capacity as Secretary of the*
*Commonwealth of Pennsylvania*

**Daniel T. Donovan**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5174
daniel.donovan@kirkland.com

**Howard G. Hopkirk**
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA 17120
(717) 783-1478
hhopkirk@attorneygeneral.gov

**Karen Mascio Romano**
Pennsylvania Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA 17120
(717) 787-2717
kromano@attorneygeneral.gov

**Keli Marie Neary**
Pennsylvania Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-1180

1

kneary@attorneygeneral.gov

**Stephen Moniak**
PA Office of Attorney General
Civil Law Division/Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17112
(717) 705-2277
smoniak@attorneygeneral.gov

**Nicole Boland**
PA Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-3146
nboland@attorneygeneral.gov

**Caroline Darmody**
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 389-3096
caroline.darmody@kirkland.com

**Daniel T. Brier**
Myers, Brier & Kelly, LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com

**Donna A. Walsh**
Myers, Brier & Kelly, LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
(570) 342-6100
dwalsh@mbklaw.com

**Jaywin Singh Malhi**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 909-3296
jaywin.malhi@kirkland.com

**John B. Dempsey**
Myers, Brier & Kelly, LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
(570) 342-6100
jdempsey@mbklaw.com

**Kathleen M. Kotula**
306 North Office Building
401 North Street
Harrisburg, PA 17120
(717) 783-1657
kkotula@pa.gov

**Kenneth L. Joel**
Governor's Office of General Counsel
333 Market Street
17th Floor
Harrisburg, PA 17101
(717) 787-9348
kennjoel@pa.gov

**Kristen Leigh Bokhan**
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 389-5942
kristen.bokhan@kirkland.com

**M. Abbegael Giunta**
Governor's Office of General Counsel
333 Market Street
17th Floor
Harrisburg, PA 17101
(717) 787-9350
magiunta@pa.gov

**Madelyn Morris**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4680
madelyn.morris@kirkland.com

3

**Michael Glick**
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 879-5000
michael.glick@kirkland.com

**Nicholas F. Kravitz**
Myers, Brier & Kelly, LLP
425 Spruce Street
Suite 200
Scranton, PA 18421
(570) 342-6100
nkravitz@mbklaw.com

**Sara S. Tatum**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
sara.tatum@kirkland.com

**Susan Marie Davies**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5992
susan.davies@kirkland.com

**Timothy Gates**
Pennsylvania Department of State
Office of Chief Counsel
306 North Office Building
Harrisburg, PA 17120
(717) 783-0736
tgates@pa.gov

**Defendant**

ADAMS COUNTY BOARD OF
ELECTIONS

**Molly R Mudd**
County of Adams
117 Baltimore Street
Gettysburg, PA 17325
(717) 337-5911
mmudd@adamscounty.us

**Defendant**

**ALLEGHENY COUNTY BOARD OF ELECTIONS**

**Andrew F. Szefi**
Allegheny County Law Department
445 Fort Pitt Boulevard
Suite 300
Pittsburgh, PA 15219
(412) 350-1128
aszefi@alleghenycounty.us

**Allan J. Opsitnick**
Allan J. Opsitnick, Esquire
564 Forbes Avenue
Suite 1301
Pittsburgh, PA 15219
(412) 391-3299
aopsitnick@opsitnickslaw.com

**George M. Janocsko**
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120
gjanocsko@county.allegheny.pa.us

**Defendant**

**ARMSTRONG COUNTY BOARD OF ELECTIONS**

**Andrew Sacco**
Armstrong County Solicitor
160 North McKean Street
Kittanning, PA 16201
(724) 543-1469
sslaw@windstream.net

**Steven B. Silverman**
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 9th Floor
Pittsburgh, PA 15222
(412) 253-8818
ssilverman@babstcalland.com

**Andrew Degory**
Babst Calland Clements and Zomnir, PC
603 Stanwix St.
Two Gateway Center, 9th Floor
Pittsburgh, PA 15222

(412) 773-8749
adegory@babstcalland.com

**Elizabeth A. Dupuis**
Babst Calland
330 Innovation Blvd.
Suite 302
State College, PA 16803
(814) 867-8055
bdupuis@babstcalland.com

**Molly E. Meacham**
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, Sixth Floor
Pittsburgh, PA 15222
(412) 394-5614
mmeacham@babstcalland.com

**Sean R. Keegan**
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, Floor 6
Pittsburgh, PA 15222
(412) 394-5400
SKeegan@babstcalland.com

**Nathan A. Morgan**
810 Third St
Beaver, PA 15009
(724) 770-4444
nmorgan@beavercountypa.gov

<u>**Defendant**</u>

**BEAVER COUNTY BOARD OF
ELECTIONS**

**Nathan A. Morgan**
810 Third St
Beaver, PA 15009
(724) 770-4444
nmorgan@beavercountypa.gov

<u>**Defendant**</u>

**BEDFORD COUNTY BOARD OF
ELECTIONS**

**Dean A. Crabtree**
Bedford County Solicitor
Koontz & Crabtree
130 W. Penn St. #7

6

Bedford, PA 15522
Dcrabtree.kclaw@comcast.net

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**BERKS COUNTY BOARD OF ELECTIONS**

**Christine D Steere**
Deasey, Mahoney & Valentini, Ltd.
103 Chesley Drive
Suite 100
Media, PA 19063
(610) 892-2732
csteere@dmvlawfirm.com

**Defendant**

**BLAIR COUNTY BOARD OF ELECTIONS**

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Nathan W. Karn**
Evey Black Attorneys LLC
401 Allegheny Street
PO Box 415
Hollidaysburg, PA 16648
(814) 695-7581

7

nkarn@eveyblack.com

**Sean R. Keegan**
(See above for address)

**Defendant**

**BRADFORD COUNTY BOARD OF ELECTIONS**

**Jonathan Foster**
Bradford County Solicitor
303 South Keystone Avenue
Sayre, PA 18840
(570) 888-1529
Jonathan.Jr@fosterslawfirm.com

**Defendant**

**BUCKS COUNTY BOARD OF ELECTIONS**

**Mark A. Aronchick**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 568-6200
maronchick@hangley.com

**Christina Matthias**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
18th and Cherry Streets, 27th Floor
Philadelphia, PA 19103
(215) 496-7056
cmatthias@hangley.com

**John B. Hill**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 568-6200
jbh@hangley.com

**Joseph J Khan**
County of Bucks
55 East Court Street
Doylestown, PA 18901
(215) 348-6464
jjkhan@buckscounty.org

**Michele D. Hangley**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 568-6200
mdh@hangley.com

**Peter V Keays**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 496-7034
pvk@hangley.com

**Robert Wiygul**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
(215) 496-7042
rwiygul@hangley.com

**Defendant**

**BUTLER COUNTY BOARD OF ELECTIONS**

**H. William White, III**
Butler County Solicitor
Butler County Courthouse
124 W. Diamond St.
Butler, PA 16001
(724) 284-5381

**Defendant**

**CAMBRIA COUNTY BOARD OF ELECTIONS**

**William Gleason Barbin**
Cambria County Solicitor's Office
200 South Center Street
Cambria County Courthouse
Ebensburg, PA 15931
(814) 472-1607
mkestermont@co.cambria.pa.us

**Defendant**

**CAMERON COUNTY BOARD OF ELECTIONS**

**Edwin w. Thompkins, III**
Cameron County Solicitor
20 E. 5th St.

9

Emporium, PA 15834
(814) 486-1532
ewtompkinslaw@gmail.com

**Defendant**

**CARBON COUNTY BOARD OF
ELECTIONS**

**Gerard Joseph Geiger**
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090
ggeiger@newmanwilliams.com

**Daniel A. Miscavage**
Carbon County Solicitor
Gillespie, Miscavage & Ferdinand, LLC
67 N. Church St.
Hazelton, PA 18201
(570) 235-2770
dam@gmlawoffices.com

**Defendant**

**CENTRE COUNTY BOARD OF
ELECTIONS**

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**CHESTER COUNTY BOARD OF
ELECTIONS**

**Kristine Mayock**
Chester County Deputy Solicitor
313 W. Market St., Suite 6702
West Chester, PA 19380
(610) 344-6195
kmayock@chesco.org

**Mark A. Aronchick**
(See above for address)

**Christina Matthias**
(See above for address)

**John B. Hill**
(See above for address)

**Michele D. Hangley**
(See above for address)

**Robert Wiygul**
(See above for address)

**Defendant**

**CLARION COUNTY BOARD OF ELECTIONS**

**Christopher P. Gabriel**
Carfardi Ferguson Wyrick Weis + Gabriel
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 328-5853
cgabriel@cfwwg.com

**Defendant**

**CLEARFIELD COUNTY BOARD OF ELECTIONS**

**Frank A. Blum , III**
Frank A. Blum
1012 Lewis Run Road
Jefferson Hills, PA 15025
(412) 719-7220

**Heather Bozovich**
Clearfield County Solicitor
Lisa Marie Vari & Assoc., P.C.
114 ½ S. Second St.
Clearfield, PA 16830
(614) 290-0587
heather@bozovichlaw.com

**Defendant**

**CLINTON COUNTY BOARD OF ELECTIONS**

**Larry Coploff**
Clinton County Solicitor
Coploff, Ryan, Welch & Houser
136 E. Water St.
Lock Haven, PA 17745
(570) 748-7771

lec@crwlaw.net

**Defendant**

**COLUMBIA COUNTY BOARD OF ELECTIONS**

**Anthony McDonald**
Columbia County Solicitor
Marinos, McDonald & Knecht, LLP
106 W. Front St.
Berwick, PA 18603
(570) 520-4019
ajm@mmkllp.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**CRAWFORD COUNTY BOARD OF ELECTIONS**

**Keith A. Button**
Shafer Law Firm
890 Market St.
Meadville, PA 16335
(814) 724-4540
kbutton@shaferlaw.com

**Defendant**

**CUMBERLAND COUNTY BOARD OF ELECTIONS**

**Keith O Brenneman**
Law Office of Keith O. Brenneman, P.C.
44 West Main Street
Mechanicsburg, PA 17055
(717) 697-8528
k.brenneman@verizon.net

**Defendant**

**DAUPHIN COUNTY BOARD OF ELECTIONS**

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Joseph A. Curcillo , III**
Dauphin County
2 South Second Street
Harrisburg, PA 17101
(717) 645-4930
jcurcillo@dauphinc.org

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**DELAWARE COUNTY BOARD OF ELECTIONS**

**William F. Martin**
Delaware County Solicitor
Government Center
201 W. Front Street
Media, PA 19063
(610) 891-4074
martinw@co.delaware.pa.us

**Edward D. Rogers**
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(215) 864-8144
rogerse@ballardspahr.com

**David S. Fryman**
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
(215) 864-8105
Fryman@ballardspahr.com

13

**Elizabeth Wingfield**
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(215) 864-8128
wingfielde@ballardspahr.com

**Kahlil Williams**
Ballard Spahr LLP
1735 Market St Fl 51
Philadelphia, PA 19103-7507
(814) 883-5262
williamskc@ballardspahr.com

**Terence Grugan**
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8320
grugant@ballardspahr.com

**Defendant**

**ELK COUNTY BOARD OF ELECTIONS**

**Tom Wagner**
Elk County Solicitor
Meyer, Wagner, Brown & Kraus
115 Lafayette St.
St. Marys, PA 15857
(814) 781-3445
info@mwbklaw.com

**Defendant**

**ERIE COUNTY BOARD OF ELECTIONS**

**Thomas S. Talarico**
Talarico & Niebauer
510 Cranberry Street
Suite 301
Erie, PA 16507
(814) 459-4472
ttalarico@nwpalawyers.com

**Richard W. Perhacs**
Erie County Chief County Solicitor
Erie County Courthouse, Room 504

14

140 West Sixth St.
Erie, PA 16501
(814) 451-6344
rperhacs@eriecountypa.gov

**Defendant**

**FAYETTE COUNTY BOARD OF
ELECTIONS**

**John M. Purcell**
Fayette County Chief Solicitor
55 East Church St.
Uniontown, PA 15401
(724) 430-1200
Jackpurcell146@gmail.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**FOREST COUNTY BOARD OF
ELECTIONS**

**Timothy R. Bevevino**
Forest County Solicitor
Swanson, Bevevino & Sharp, P.C.
311 Market St.
Warren, PA 16365
(814) 723-2080
attorneys@sbglawoffice.com

**Defendant**

**FRANKLIN COUNTY BOARD OF
ELECTIONS**

**Jerrold Sulcove**
Franklin County Solicitor
Black and Davison Law Group
1110 Kennebec Drive
Chambersburg, PA 17201
(717) 264-5194
jerroldsulcove@blackanddavison.com

15

**Andrew W. Norfleet**
Lavery Law
225 Market Street
P.O. Box 1245
Harrisburg, Ste 304
Harrisburg, PA 17101
(717) 233-6633
anorfleet@laverylaw.com

**Frank J. Lavery , Jr.**
Lavery Law
225 Market Street
Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
flavery@laverylaw.com

**Stephen B. Edwards**
Lavery Law
225 Market Street, Ste. 304
Po Box 1245
Harrisburg, PA 17108
(717) 233-6633
sedwards@laverylaw.com

**Defendant**

**FULTON COUNTY BOARD OF
ELECTIONS**

**James M. Stein**
Fulton County Solicitor
Dick, Stein, Schemel, Wine & Frey, LLP
13 West Main Street, Suite 210
Waynesboro, PA 17268
(717) 762-1160
dsslaw@dsslawyers.com

**Defendant**

**GREENE COUNTY BOARD OF
ELECTIONS**

**Robert Eugene Grimm**
Solicitor for Greene County
Third Floor Room 304
County Office Building
93 East High Street

Waynesburg, PA 15370
(724) 569-2819
rgrimm@co.greene.pa.us

**Defendant**

**HUNTINGDON COUNTY BOARD OF
ELECTIONS**

**Peter M. Mcmanamon**
Gill, McManamon & Ghaner
200 Penn Street
Huntingdon, PA 16652
(814) 643-2460
pmcmanamon@penn.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**INDIANA COUNTY BOARD OF
ELECTIONS**

**Matthew Budash**
Indiana County Solicitor
Budash & Welch, LLP
120 S. 7th St.
Indiana, PA 15701
(724) 463-6050
mtb@bwlaw120.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

17

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

__Defendant__

**JEFFERSON COUNTY BOARD OF ELECTIONS**

**C.J. Zwick**
Zwick & Zwick LLP
171 Beaver Drive
P.O. Box 1127
DuBois, PA 15801
(814) 371-6400
cjz@zwick-law.com

**Gregory D. Sobol**
275 Main Street
Suite 2
Brookville, PA 15825
(814) 849-0595
gds@zwick-law.com

__Defendant__

**JUNIATA COUNTY BOARD OF ELECTIONS**

**Donald K. Zagurskie**
Johnston & Zagurskie, PC
117 Main Street
PO Box O
Mifflin, PA 17058
(717) 436-8044
jzmlawoffice@gmail.com

__Defendant__

**LACKAWANNA COUNTY BOARD OF ELECTIONS**

**Frank J. Ruggiero**
Lackawanna County Solicitor
123 Wyoming Ave., 6th Fl.
Scranton, PA 18503
(570) 451-0600
RuggieroF@lackawannacounty.org
**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**

18

(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**LANCASTER COUNTY BOARD OF ELECTIONS**

**Christina L Hausner**
County of Lancaster
150 N. Queen Street
Suite 714
Lancaster, PA 17603
(717) 735-1584
chausner@co.lancaster.pa.us

**Defendant**

**LAWRENCE COUNTY BOARD OF ELECTIONS**

**Steven B. Silverman**
(See above for address)

**Thomas W. Leslie**
116 N Mercer St
New Castle, PA 16101
(724) 654-8101
twleslie@twlpc.com

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**LEBANON COUNTY BOARD OF ELECTIONS**

**David R. Warner, Jr.**
Lebanon County Solicitor
Buzgon David Law Offices
525 South Eighth Street
Lebanon, PA 17042

(717) 274 1421
warner@buzgondavis.com

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Steven B. Silverman**
(See above for address)

**Defendant**

**LEHIGH COUNTY BOARD OF ELECTIONS**

**Thomas M. Caffrey**
Thomas M. Caffrey
PO BOX A
Coplay, PA 18037-0200
(610) 434-4418
tcaffrey@rcn.com

**Sarah Mae Murray**
County of Lehigh
17 S. 7th St.
Lehigh County Government Center
Allentown, PA 18101
(610) 782-3180
sarahmurray@lehighcounty.org

**Defendant**

**LUZERNE COUNTY BOARD OF ELECTIONS**

**Romilda Crocarno**
Luzerne County Chief Solicitor
200 N. River Street
Wilkes-Barre, PA 18711
(570) 290-0569
Romilda.Crocamo@luzernecounty.org

**Lawrence J. Moran, Jr**
Joyce, Carmody & Moran, PC
9 N. Main Street
Suite 4
Pittston, PA 18640
(570) 602-3560
ljm@joycecarmody.com

**Matthew J. Carmody**
Joyce, Carmody & Moran, P.C.
9 N. Main Street
Suite 4
Pittston, PA 18640
(570) 602-3560
mjc@joycecarmody.com

**Regina M. Blewitt**
Joyce Carmody Moran
9 N Main St
Suite 4
18640
Pittston, PA 18503
(570) 602-3560
rmb@joycecarmody.com

**Defendant**

**LYCOMING COUNTY BOARD OF
ELECTIONS**

**Joseph D. Smith**
McCormick Law Firm
835 West Fourth Street
P.O. Box 577
Williamsport, PA 17701
(570) 326-5131
dsmith@mcclaw.com

**Defendant**

**MCKEAN COUNTY BOARD OF
ELECTIONS**

**Anthony V. Clarke**
The Clarke Firm
204 Bolivar Drive
Bradford, PA 16701
(814) 363-9990
theclarkefirm@yahoo.com

**Defendant**

**MERCER COUNTY BOARD OF ELECTIONS**

**William J. Madden**
Mercer County Solicitor
165 Euclid Ave.
Sharon, PA 16146
(724) 342-1300
wjmpc@verizon.net

**Defendant**

**MIFFLIN COUNTY BOARD OF ELECTIONS**

**Steve S. Snook**
Mifflin County Solicitor
BMZ Law
20 South Wayne St.
Lewiston, PA 17044
(717) 363-0342
ssnook@bmzlaw.com

**Defendant**

**MONROE COUNTY BOARD OF ELECTIONS**

**John B. Dunn**
Monroe County Solicitor
Matergia & Dunn
919 Main St.
Stroudsburg, PA 18360
(570) 421-7720
**Gerard Joseph Geiger**
(See above for address)

**Defendant**

**MONTGOMERY COUNTY BOARD OF ELECTIONS**

**Mark A. Aronchick**
(See above for address)

**Christina Matthias**
(See above for address)

**John B. Hill**
(See above for address)

**Maureen Calder**
Montgomery County Solicitor's Office
One Montgomery Plaza
Suite 800
Norristown, PA 19404
(610) 278-3033
mcalder@montcopa.org

22

**Michele D. Hangley**
(See above for address)

**Robert Wiygul**
(See above for address)

**Defendant**

**MONTOUR COUNTY BOARD OF ELECTIONS**

**Michael P. Dennehy**
Montour County Solicitor
Marks, McLaughlin, Dennehy & Piontek, LLP
42 West Market St.
Danville, PA 17821
(570) 275-3411
info@mmdplaw.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**NORTHAMPTON COUNTY BOARD OF ELECTIONS**

**Brian Taylor**
Northampton County Courthouse
669 Washington Street
Office of The Solicitor
Easton, PA 18042
(610) 829-6350
eduddy@northamptoncounty.org

**Richard E Santee**
County of Northampton
669 Washington Street
Easton, PA 18042
(610) 829-6350
eduddy@northamptoncounty.org

**Timothy P Brennan**
County of Northampton
669 Washington Street
Ste Easton
PA, PA 18042
(610) 829-6350
eduddy@northamptoncounty.org

**Defendant**

**NORTHUMBERLAND COUNTY
BOARD OF ELECTIONS**

**Frank W. Garrigan**
Northumberland County Solicitor
Garrigan & Targonski
112 E. Independence St.
Sharnokin, PA 17872
(570) 648-6868
fwgarrigan@gmail.com

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**PERRY COUNTY BOARD OF
ELECTIONS**

**William R. Bunt**
Perry County Solicitor
109 S. Carlisle St.
P.O. Box 336
New Bloomfield, PA 17068
(717) 582-8195
wrb@pa.net

**Andrew W. Norfleet**
(See above for address)

**Frank J. Lavery , Jr.**
(See above for address)

**Stephen B. Edwards**
(See above for address)

**Defendant**

**PHILADELPHIA COUNTY BOARD OF ELECTIONS**

**Marcel S. Pratt**
Philadelphia County Solictor
City of Philadelphia Law Dept.
1515 Arch St., Fl. 17
Philadelphia, PA 19102
(215) 683-5003
Marcel.pratt@phila.gov

**Mark A. Aronchick**
(See above for address)

**Christina Matthias**
(See above for address)

**John B. Hill**
(See above for address)

**Michele D. Hangley**
(See above for address)

**Robert Wiygul**
(See above for address)

**Zachary Strassburger**
City of Philadelphia Law Department
1515 Arch St
Ste 17th Floor
Philadelphia, PA 19102
(215) 683-2998
zachary.strassburger@phila.gov

**Defendant**

**PIKE COUNTY BOARD OF ELECTIONS**

**Christian E. Weed**
Pike County Solicitor
Farley & Bernathy, LLC
2523 Route 6, Suite 1
Hawley, PA 18428
(570) 226-5771

cweed@kfblawoffice.com

**Gerard Joseph Geiger**
(See above for address)

**Defendant**

**POTTER COUNTY BOARD OF ELECTIONS**

**Thomas R. Shaffer**
Glassmire & Shaffer Law Offices
5 East Third Street
P.O. Box 509
Coudersport, PA 16915
(814) 274-7292
tomshaffer@verizon.net

**Defendant**

**SCHUYLKILL COUNTY BOARD OF ELECTIONS**

**Christopher W. Hobbs**
Schuylkill County Assistant Solicitor
401 North Second Street
Pottsville, PA 17901
(570) 628-1129
chobbs@co.schuylkill.pa.us

**Gerard Joseph Geiger**
(See above for address)

**Defendant**

**SNYDER COUNTY BOARD OF ELECTIONS**

**Robert M. Cravitz**
Snyder County Solicitor
Cravitz Law Office
503 N. Market St.
Selinsgrove, PA 17870
(570) 374-5070
clawoff@hotmail.com

**Gerard Joseph Geiger**
(See above for address)

**Defendant**

**SOMERSET COUNTY BOARD OF ELECTIONS**

**Michael P. Barbera**
Barbera, Melvin, Svonavec & Sperlazza LLP
146 West Main Street, P.O. Box 775
Somerset, PA 15501
(814) 443-4681
mpbarbera@barberalaw.com

**Defendant**

| | |
|---|---|
| **SULLIVAN COUNTY BOARD OF ELECTIONS** | **Kenneth R Levitzky**<br>Kenneth R. Levitzky, Esquire<br>125 Churchill Street<br>P.O. Box 489<br>Dushore, PA 18614<br>(570) 928-8288<br>krllaw@epix.net |

**Defendant**

| | |
|---|---|
| **SUSQUEHANNA COUNTY BOARD OF ELECTIONS** | **Francis X. O'Connor**<br>Susquehanna County Solicitor<br>236 Main Street, PO Box 591<br>Great Bend, PA 18821<br>(570) 879-2534<br>fxoconnor@frontiernet.net<br><br>**Robert Gawlas**<br>Rosenn Jenkins & Greenwald LLP<br>15 South Franklin Street<br>Wilkes-Barre, PA 18711<br>(570) 826-5654<br>rlgawlas@rjglaw.com<br><br>**Robert Schaub**<br>Rosenn Jenkins & Greenwald LLP<br>15 South Franklin Street<br>Wilkes-Barre, PA 18711<br>(570) 826-5652<br>rschaub@rjglaw.com |

**Defendant**

| | |
|---|---|
| **TIOGA COUNTY BOARD OF ELECTIONS** | **Stephanie L. Fera**<br>Cafardi Ferguson Wyrick Weis & Gabriel LLC<br>2605 Nicholson Road, Suite 2201<br>Sewickley, PA 15143<br>(412) 515-8900<br>sfera@cfwwg.com |

**Defendant**

| | |
|---|---|
| **UNION COUNTY BOARD OF ELECTIONS** | **Jonathan DeWald**<br>Union County Solicitor<br>McNerney, Page, Vanderlin & Hall<br>433 Market Street<br>Williamsport, PA 17701 |

(570) 326-3170
jdewald@mpvhlaw.com

**Steven B. Silverman**
(See above for address)

**Allen P. Page**
McNerney, Page, Vanderlin & Hall
433 Market Street
Williamsport, PA 17701
570-326-6555
apage@mpvhlaw.com

**Sean R. Keegan**
(See above for address)

**Defendant**

**VENANGO COUNTY BOARD OF ELECTIONS**

**Richard Winkler**
Venango County Solicitor
Butcher & Winkler
123 N. Franklin St.
Titusville, PA 16354
(814) 827-9002
rwinkler@zoominternet.net

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

**Defendant**

**WARREN COUNTY BOARD OF ELECTIONS**

**Nathaniel Justus Schmidt**
Schmidt Law Firm

315 Second Avenue, Suite 704
P. O. Box 746
PA
Warren, PA 16365
814-723-8665
contact@theschmidtlawfirm.com

**Defendant**

**WASHINGTON COUNTY BOARD OF ELECTIONS**

**Robert J. Grimm**
Swartz Campbell
Suite 4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 560-3267
Fax: (412) 471-1106
rgrimm@swartzcampbell.com

**Ryan Michael Joyce**
Swartz Campbell, LLC
4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-560-3272
Fax: 412-471-1107
rjoyce@swartzcampbell.com

**Defendant**

**WAYNE COUNTY BOARD OF ELECTIONS**

**Wendell Kay**
Wayne County Solicitor
1104 Court St.
Honesdale, PA 18431
(570) 253-6643
wkay@waynecountypa.gov

**Gerard Joseph Geiger**
(See above for address)

**Defendant**

**WESTMORELAND COUNTY BOARD OF ELECTIONS**

**Melissa Guiddy**
Westmorland County Solicitor
2 N. Main Street, Ste. 103
Greensburg, PA 15601
(724) 830-3145
solicitor@co.westmoreland.pa.us

29

**David A. Regoli**
333 Freeport Street
Suite 201
New Kensington, PA 15068
(724) 335-0500
Fax: 724-335-1122
regoli@regolilaw.com

**Defendant**

**WYOMING COUNTY BOARD OF ELECTIONS**

**Kenneth R Levitzky**
(See above for address)

**Defendant**

**YORK COUNTY BOARD OF ELECTIONS**

**Michelle Pokrifka**
York County Solicitor's Office
28 East Market Street
2nd Floor
York, PA 17401
717-771-4777
apuleo@yorkcountypa.gov

**Steven B. Silverman**
(See above for address)

**Andrew Degory**
(See above for address)

**Elizabeth A. Dupuis**
(See above for address)

**Molly E. Meacham**
(See above for address)

**Sean R. Keegan**
(See above for address)

/s/ Bradley A. King
Bradley A. King

David H. Thompson*                    PA ID No. 307090
Peter A. Patterson*                   King Legal Group, LLC
Nicole J. Moss*                       114 North Maple Avenue
Cooper & Kirk, PLLC                   Greensburg, PA 15601
1523 New Hampshire Ave., N.W.         Telephone: (724) 836-1500
Washington, D.C. 20036                Fax: (724) 836-1668
Telephone: (202) 220-9600             bking@kinglg.com
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nmoss@cooperkirk.com

        *Pro hac vice application       Attorneys for Plaintiffs
        forthcoming