IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM BOGNET, *et al.*, | : |
| Plaintiffs, | : NO. 3:20-cv-00215-KRG |
| v. | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : |
| Defendants. | : |

### MOTION TO TRANSFER RELATED CASE PURSUANT TO LOCAL CIVIL RULE 40

Defendant Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, respectfully moves this Court for an order transferring the above-captioned lawsuit to Judge J. Nicholas Ranjan's docket pursuant to Local Civil Rule 40. In support of this Motion, Secretary Boockvar relies upon the accompanying Memorandum of Law and supporting exhibits, which are incorporated herein.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

Dated: October 24, 2020   By: */s/ Mark A. Aronchick*
        Mark A. Aronchick (ID No. 20261)
        Michele D. Hangley (ID No. 82779)*
        Robert A. Wiygul (I.D. No. 310760)*
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 568-6200
Fax: (215) 568-0300
*Counsel for Defendant Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania*

*\*Pro hac vice motion pending*
OFFICE OF ATTORNEY GENERAL

By: */s/ Karen M. Romano*
        Karen M. Romano (ID No. 88848)
        Keli M. Neary (ID No. 205178)*
        Stephen M. Moniak (ID No. 80035)
Strawberry Square, 15th Floor
Harrisburg, PA 17120
(717) 787-2717
*Counsel for Defendant Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania*

*\*Pro hac vice motion pending*

## CERTIFICATE OF SERVICE

I, Mark A. Aronchick, certify that on the 24th day of October, 2020, a copy of the foregoing Motion to Transfer Related Case Pursuant to Local Civil Rule 40 was served by ECF filing on all counsel.

/s/ Mark A. Aronchick
Mark A. Aronchick