# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM BOGNET, *et al.*, | : |
| Plaintiffs, | : NO. 3:20-cv-00215-KRG |
| v. | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : |
| Defendants. | : |

## **ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion to Transfer filed by Defendant Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.  It is FURTHER ORDERED that this action shall be TRANSFERRED to the Honorable J. Nicholas Ranjan.

BY THE COURT:

_____
Kim R. Gibson J.