# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jim Bognet, *et al.*,<br><br>         Plaintiffs,<br><br>     v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>         Defendants. | No. 3:20-cv-215 |

## MOTION FOR ADMISSION PRO HAC VICE OF MARC ELIAS

Marc Elias hereby moves that he be admitted to appear and practice in this Court as counsel pro hac vice for Proposed Intervenor-Defendant DNC Services Corporation/Democratic National Committee, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Marc Elias filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ Marc Elias
Marc Elias
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
MElias@perkinscoie.com

*Counsel for Intervenor-Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jim Bognet, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | No. 3:20-cv-215 |

## AFFIDAVIT OF MARC ELIAS
## IN SUPPORT OF ADMISSION PRO HAC VICE

Marc Elias, being duly sworn upon his oath, deposes and states:

1. I am and have been a member in good standing of the District of Columbia Bar since 1994. In addition, I am a member in good standing of the bars listed in Exhibit A.

2. I am a Partner at Perkins Coie LLP located at 700 Thirteenth Street, N.W., Suite 800, Washington, D.C. 20005-3960; telephone (202) 654-6200.

3. I am not and never have been under suspension or disbarment by any court. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania. I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

4. I request permission to appear before this Court to represent the interests of Proposed Intervenor-Defendant with local Pennsylvania counsel, Justin T. Romano of the Attisano & Romano Law Firm, 429 Fourth Avenue, Suite 1705, Philadelphia, Pennsylvania 15219; telephone (412) 336-8622.

- 3 -

The information contained within this affidavit is based upon my personal knowledge and I am of sound mind and competent to testify as to the matters set forth herein.

                                                  */s/ Marc Elias*
                                                  Marc Elias

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2020, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Marc Elias*
      Marc Elias

## EXHIBIT A

## MARC ELIAS - ADMISSIONS

| Jurisdiction | Date Admitted | Bar Number | Status With Bar Or Court |
|---|---|---|---|
| District of Columbia | 6/30/94 | 442007 | Active |
| U.S. Supreme Court | 2/23/09 | 270360 | Active |
| U.S. Court of Appeals - D.C. Circuit | 1/4/95 | No Bar Number | Active |
| U.S. Court of Appeals - 3rd Circuit | 3/15/2010 | No Bar Number | Active |
| U.S. Court of Appeals - 4th Circuit | 8/19/14 | No Bar Number | Active |
| U.S. Court of Appeals - 5th Circuit | 8/26/11 | No Bar Number | Active |
| U.S. Court of Appeals - 6th Circuit | 2016 | No Bar Number | Active |
| U.S. Court of Appeals - 7th Circuit | 5/8/2020 | No Bar Number | Active |
| U.S. Court of Appeals - 9th Circuit | 9/27/16 | No Bar Number | Active |
| U.S. Court of Appeals - 10th Circuit | 6/17/99 | No Bar Number | Active |
| U.S. Court of Appeals - 11th Circuit | 9/26/17 | | Active |
| U.S. District Court for the District of Columbia | 1/9/95 | No Bar Number | Active |
| U.S. District Court for the Northern District of Florida | November 2015 | No Bar Number | Active |
| U.S. District Court for the Eastern District of Michigan | 6/2/95 | No Bar Number | Active |
| U.S. District Court for the Western District of Wisconsin | 5/10/15 | No Bar Number | Active |

- 6 -

**EXHIBIT B**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Marc E Elias*

was duly qualified and admitted on June 3, 1994 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 23, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.