UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jim Bognet, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>　　　　　Defendants. | No. 3:20-cv-215 |

**[PROPOSED] ORDER**

AND NOW, this __ day of _____, 2020, upon consideration of the Motion for Admission pro hac vice of Marc Elias it is hereby ORDERED that this Motion is GRANTED. Marc Elias' is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania pro hac vice as counsel for the Democratic National Committee in the above-captioned matter.

_____
U.S. District Court Judge