IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM BOGNET; et al., | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 3:20-cv-215 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; et al., | ) | |
| | ) | |
| Defendants. | ) | Judge Kim R. Gibson |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Kindly enter my appearance on behalf of Defendant, Potter County Board of Elections, in the above captioned matter.

Respectfully submitted,

GLASSMIRE & SHAFFER LAW OFFICES, P.C.

By:   */Thomas R. Shaffer/*
      Thomas R. Shaffer,
      Pa. I.D. No. 37503
      Solicitor for Potter
      County Board of Elections

5 East Third Street
Coudersport, PA 16915
(814) 274-7292
tomshaffer@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

                                        GLASSMIRE & SHAFFER LAW OFFICES, P.C.

                                    By:   */Thomas R. Shaffer/*
                                              Thomas R. Shaffer,
                                              Pa. I.D. No. 37503
                                              Solicitor for Potter
                                              County Board of Elections

                                              5 East Third Street
                                              Coudersport, PA 16915
                                              (814) 274-7292

Dated: 10/25/2020