IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JIM BOGNET, *et al.*, | ) | Case No. 3:20-cv-215 |
| --- | --- | --- |
| Plaintiffs, | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

NOW, this 26th day of October, 2020, upon consideration of "Proposed Intervenor-Defendant's Motion to Intervene" (ECF No. 23) filed by the Democratic National Committee, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE