IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM BOGNET, *et al.*, | ) | Case No. 3:20-cv-215 |
| Plaintiffs, | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

NOW, this 26th day of October, 2020, upon consideration of the "Motion to Transfer Related Case Pursuant to Local Rule 40" and brief in support (ECF Nos. 25, 26) filed by Defendant Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, and in consideration of Plaintiffs' response in opposition (ECF No. 30), it is **HEREBY ORDERED** that the Motion to transfer the case pursuant to 28 U.S.C. § 1404(b) and Local Civil Rule 40 is **DENIED**. This case is not sufficiently related to *Donald J. Trump for President, Inc., v. Boockvar*, No. 2:20-cv-00966, 2020 WL 5997680 (W.D. Pa. Oct. 10, 2020), or *Parnell v. Allegheny County Board of Elections*, No. 2:20-cv-1570 (W.D. Pa.), and the just and efficient resolution of issues in this case will be served by the Court deciding the issues, especially since a hearing is scheduled for 10:00 a.m. tomorrow, October 27, 2020.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE