IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM BOGNET, *et al.*, | : |
| Plaintiffs, | : No. 3:20-cv-215-KRG |
| v. | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : |
| Defendants. | : |

**DECLARATION OF ROBERT A. WIYGUL IN SUPPORT OF DEFENDANT KATHY BOOCKVAR'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Robert A. Wiygul, declare that:

1. I am a shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller, counsel for Defendant, Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, in this action. I make this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Temporary Restraining Order.

2. I was counsel for Secretary Boockvar in *Crossey v. Boockvar*, 266 MD 2020 (Pa. Commw. Ct.). Attached as Exhibit 1 and 2, respectively, are true and correct copies of a List of Exhibits Admitted into Evidence at the Evidentiary Hearing in *Crossey v. Boockvar*, 266 MD 2020 (Pa. Commw. Ct.), and Petitioner's Exhibit 6 admitted in that hearing, which is a copy of the Letter from Thomas J. Marshall, USPS, to Secretary Kathy Boockvar dated July 29, 2020.

3. Attached as Exhibit 3 is a true and correct copy of an Application for Leave to Intervene filed July 27, 2020, in *Pennsylvania Democratic Party, et al., v. Boockvar*, 467 MD 2020 (Pa. Commw. Ct.).

4. Attached as Exhibit 4 is a true and correct copy of an Application for Intervention filed May 11, 2020, in *Crossey v. Boockvar*, No. 266 MD 2020 (Pa. Commw. Ct.).

5. Attached as Exhibit 5 is a true and correct copy of a Reply in Support of Emergency Application for Stay Pending Disposition of a Petition for Writ of Certiorari filed October 6, 2020, in *Republican Party of Pennsylvania v. Boockvar*, No.20A54 (U.S.).

6. Attached as Exhibit 6 is a true and correct copy of an Order entered by the Pennsylvania Supreme Court on September 24, 2020, in *Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020 (Pa.).

7. Attached as Exhibit 7 is a true and correct copy of a Petition for Declaratory and Injunctive Relief filed April 22, 2020, in *Crossey v. Boockvar,* No. 266 MD 2020 (Pa. Commw. Ct.).

8. Attached as Exhibit 8 is a true and correct copy of an Amended Petition for Declaratory and Injunctive Relief filed July 13, 2020, in *Crossey v. Boockvar,* No. 266 MD 2020 (Pa. Commw. Ct.).

9. Attached as Exhibit 9 is a true and correct copy of a Chart of County Absentee or Mail-in Ballots marked Respondents Ex. R-02, which was admitted into Evidence at the Evidentiary Hearing in *Crossey v. Boockvar*, No. 266 MD 2020 (Pa. Commw. Ct.).

10. Attached as Exhibit 10 is a true and correct copy of the Republican Party of Pennsylvania's Supplemental Brief filed on September 8, 2020, in *Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020 (Pa.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2020.

                                                        */s/ Robert A. Wiygul*