## INDEX OF EXHIBITS

List of Exhibits Admitted into Evidence at the Evidentiary Hearing,
*Crossey v. Boockvar*, 266 MD 2020 (Pa. Commw. Ct.)..................................................EXHIBIT 1

Petitioner's Exhibit 6, Letter from Thomas J. Marshall, USPS to Secretary Kathy
Boockvar, July 29, 2020 in *Crossey v. Boockvar*, 266 MD 2020 (Pa. Commw. Ct.) ....EXHIBIT 2

Application for Leave to Intervene, July 27, 2020, *Pa. Democratic Party v.
Boockvar*, 467 MD 2020 (Pa. Commw. Ct)....................................................................EXHIBIT 3

Application for Leave to Intervene, May 11, 2020, *Crossey v. Boockvar*,
No. 266 MD 2020 (Pa. Commw. Ct.)..............................................................................EXHIBIT 4

Reply in Support of Emergency Application for Stay Pending
Disposition of a Petition for Writ of Certiorari, October 6, 2020,
*Republican Party of Pa. v. Boockvar*, No.20A54 (U.S.) .................................................EXHIBIT 5

Order, September 24, 2020, *Pa. Democratic Party, et al., v. Boockvar*,
133 MM 2020 (Pa.)..........................................................................................................EXHIBIT 6

Petition for Declaratory and Injunctive Relief, April 22, 2020, *Crossey v. Boockvar*,
No. 266 MD 2020 (Pa. Commw. Ct.)..............................................................................EXHIBIT 7

Amended Petition for Declaratory and Injunctive Relief, July 13, 2020,
*Crossey v. Boockvar*, No. 266 MD 2020, (Pa. Commw. Ct.).........................................EXHIBIT 8

Respondent's Exhibit 2, Chart of County Absentee or Mail-in Ballots, which was
admitted into Evidence at the Evidentiary Hearing in *Crossey v. Boockvar*,
No. 266 MD 2020 (Pa. Commw. Ct.)..............................................................................EXHIBIT 9

Republican Party of Pennsylvania Supplemental Brief, September 8, 2020,
*Pa. Democratic Party v. Boockvar*, No. 133 MM 2020 (Pa.).......................................EXHIBIT 10