# EXHIBIT 1

**Exhibits Admitted into Evidence at Evidentiary Hearing**

| Exhibit No. | Description |
|---|---|
| **Petitioners** | |
| Petitioners' Ex. 4 | USPS Office of Inspector General Management Alert (July 7, 2020) |
| Petitioners' Ex. 6 | USPS General Counsel Thomas J. Marshall Letter to the Hon. Kathy Boockvar (July 29, 2020) |
| Petitioners' Ex. 7 | USPS General Counsel Thomas J. Marshall Letter to the Hon. Elaine Marshall (July 30, 2020) |
| Petitioners' Ex. 9 | USPS PMG Briefing, Service Performance Measurement (Aug. 12, 2020) |
| Petitioners' Ex. 28 | Eastern Areas Inspiring Mail Service Update |
| Petitioners' Ex. 30 | Preliminary Report of Joseph Eisenberg |
| Petitioners' Ex. 32 | Preliminary Report of Ronald Strohman |
|  |  |
| **Respondents** | |
| Respondents' Ex. 1 | Letter dated July 29, 2020, from Thomas J. Marshall, General Counsel and Executive Vice President of the United States Postal Service, to Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania |
| Respondents' Ex. 2 | Chart of County Absentee or Mail-in Ballots |
| Respondents' Ex. 4 | Postal Bulletin: Your 2020 Election and Political Mail Guide (Feb. 13, 2020) |
| **Senate Intervenors** | |
| Senate Intervenors' Ex. 1 | Mr. Plunkett's Declaration that as filed on May 18, 2020 as Ex. A to Legislative Intervenors' Opposition to the Petitioners' Application for Special Relief in the Nature of a Preliminary Injunction |
| Senate Intervenors' Ex. 2 | Attachment A from Plunkett's Report, *Quarterly Performance for First-Class Flats: Service Variance* |
| Senate Intervenors' Ex. 3 | Attachment B from Plunkett's Report, *Quarterly Performance Aggregation for First-Class Flats: Service Variance* |
| Senate Intervenors' Ex. 4 | Quarterly Performance for Presort First-Class Mail® Service Variance, USPS, FY 2020 Quarter III |
| Senate Intervenors' Ex. 6 | In the Matter of: Investigation of Election Irregularities Affecting Counties Within the 9th Congressional District |

| | |
|---|---|
| Senate Intervenors' Ex. 7 | Final Report of the Miami-Dade County Grand Jury, Spring Term A.D. 2012, available |
| Senate Intervenors' Ex. 10 | USPS Service Alert, Aug. 28, 2020 |
| Senate Intervenors' Ex. 11 | Postmaster General Louis DeJoy Statement, USPS, Aug. 18, 2020 |
| Senate Intervenors' Ex. 16 | Dhaval M. Dave, *et al. Black Lives Matter Protests, Social Distancing, and COVID-19* |
| Senate Intervenors' Ex. 17 | U.S. Department of Health and Human Services and Centers for Disease Control and Prevention, Morbidity and Mortality Weekly Report, *Notes from the Field*, July 31, 2020 |
| | |
| **House Intervenors** | |
| House Intervenors' Ex. 1 | Statement of Postmaster General and Chief Executive Office Louis DeJoy (Aug. 21, 2020) |