# EXHIBIT 6

**EXHIBIT 6**

**[J-96-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA DEMOCRATIC PARTY, NILOFER NINA AHMAD, DANILO BURGOS, AUSTIN DAVIS, DWIGHT EVANS, ISABELLA FITZGERALD, EDWARD GAINEY, MANUEL M. GUZMAN, JR., JORDAN A. HARRIS, ARTHUR HAYWOOD, MALCOLM KENYATTA, PATTY H. KIM, STEPHEN KINSEY, PETER SCHWEYER, SHARIF STREET, AND ANTHONY H. WILLIAMS | : : : : : : : : : : : : : | No. 133 MM 2020

Emergency Applications for Stay |
| v. | : : : | |
| KATHY BOOCKVAR, IN HER CAPACITY AS SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; ADAMS COUNTY BOARD OF ELECTIONS; ALLEGHENY COUNTY BOARD OF ELECTIONS; ARMSTRONG COUNTY BOARD OF ELECTIONS; BEAVER COUNTY BOARD OF ELECTIONS; BEDFORD COUNTY BOARD OF ELECTIONS; BERKS COUNTY BOARD OF ELECTIONS; BLAIR COUNTY BOARD OF ELECTIONS; BRADFORD COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; BUTLER COUNTY BOARD OF ELECTIONS; CAMBRIA COUNTY BOARD OF ELECTIONS; CAMERON COUNTY BOARD OF ELECTIONS; CARBON COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; CLARION COUNTY BOARD OF ELECTIONS; CLEARFIELD COUNTY BOARD OF ELECTIONS; CLINTON COUNTY BOARD OF ELECTIONS; COLUMBIA COUNTY BOARD OF | : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

ELECTIONS; CRAWFORD COUNTY                    :
BOARD OF ELECTIONS; CUMBERLAND                :
COUNTY BOARD OF ELECTIONS;                    :
DAUPHIN COUNTY BOARD OF                        :
ELECTIONS; DELAWARE COUNTY                     :
BOARD OF ELECTIONS; ELK COUNTY                :
BOARD OF ELECTIONS; ERIE COUNTY               :
BOARD OF ELECTIONS; FAYETTE                    :
COUNTY BOARD OF ELECTIONS;                    :
FOREST COUNTY BOARD OF                         :
ELECTIONS; FRANKLIN COUNTY BOARD              :
OF ELECTIONS; FULTON COUNTY                    :
BOARD OF ELECTIONS; GREENE                     :
COUNTY BOARD OF ELECTIONS;                    :
HUNTINGDON COUNTY BOARD OF                     :
ELECTIONS; INDIANA COUNTY BOARD               :
OF ELECTIONS; JEFFERSON COUNTY                :
BOARD OF ELECTIONS; JUNIATA                    :
COUNTY BOARD OF ELECTIONS;                    :
LACKAWANNA COUNTY BOARD OF                     :
ELECTIONS; LANCASTER COUNTY                    :
BOARD OF ELECTIONS; LAWRENCE                   :
COUNTY BOARD OF ELECTIONS;                    :
LEBANON COUNTY BOARD OF                        :
ELECTIONS; LEHIGH COUNTY BOARD                :
OF ELECTIONS; LUZERNE COUNTY                   :
BOARD OF ELECTIONS; LYCOMING                   :
COUNTY BOARD OF ELECTIONS;                    :
MCKEAN COUNTY BOARD OF                         :
ELECTIONS; MERCER COUNTY BOARD                :
OF ELECTIONS; MIFFLIN COUNTY                   :
BOARD OF ELECTIONS; MONROE                     :
COUNTY BOARD OF ELECTIONS;                    :
MONTGOMERY COUNTY BOARD OF                     :
ELECTIONS; MONTOUR COUNTY BOARD               :
OF ELECTIONS; NORTHAMPTON                      :
COUNTY BOARD OF ELECTIONS;                    :
NORTHUMBERLAND COUNTY BOARD OF                :
ELECTIONS; PERRY COUNTY BOARD OF              :
ELECTIONS; PHILADELPHIA COUNTY                :
BOARD OF ELECTIONS; PIKE COUNTY               :
BOARD OF ELECTIONS; POTTER                     :
COUNTY BOARD OF ELECTIONS;                    :
SCHUYLKILL COUNTY BOARD OF                     :
ELECTIONS; SNYDER COUNTY BOARD                :
OF ELECTIONS; SOMERSET COUNTY                  :

BOARD OF ELECTIONS; SULLIVAN          :
COUNTY BOARD OF ELECTIONS;            :
SUSQUEHANNA COUNTY BOARD OF           :
ELECTIONS; TIOGA COUNTY BOARD OF      :
ELECTIONS; UNION COUNTY BOARD OF      :
ELECTIONS; VENANGO COUNTY BOARD       :
OF ELECTIONS; WARREN COUNTY           :
BOARD OF ELECTIONS; WASHINGTON        :
COUNTY BOARD OF ELECTIONS;            :
WAYNE COUNTY BOARD OF                 :
ELECTIONS; WESTMORELAND COUNTY        :
BOARD OF ELECTIONS; WYOMING           :
COUNTY BOARD OF ELECTIONS; AND        :
YORK COUNTY BOARD OF ELECTIONS        :
                                      :
                                      :
PETITION OF: KATHY BOOCKVAR, IN       :
HER CAPACITY AS SECRETARY OF THE      :
COMMONWEALTH OF PENNSYLVANIA          :

## ORDER

**PER CURIAM**

**AND NOW,** this 24th day of September, 2020, the Applications for Stay submitted in the above captioned case are **DENIED**.

Justice Mundy files a dissenting statement.