**EXHIBIT 9**

| County | 2/24/20 - 3/31/20 | 4/1/20 - 4/30/20 | 5/1/20 to 5/19/20 | 5/20/20 to 5/26/20 | 5/27/20 to 5/31/20 | 6/1/2020 | 6/2/2020 | 6/3/2020 | 6/4/2020 | 6/5/2020 | 6/6/2020 | 6/7/2020 | 6/8/2020 | 6/9/20 to 6/24/20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADAMS | - | 1,161 | 2,582 | 2,134 | 2,800 | 1,347 | 466 | 1 | - | - | - | - | 1 | - | 10,492 |
| ALLEGHENY | 14 | 4,257 | 45,430 | 37,011 | 98,080 | 4,579 | 17,773 | - | 251 | 6,288 | - | - | 202 | 123 | 214,008 |
| ARMSTRONG | 2 | 569 | 1,800 | 1,176 | 648 | 620 | 163 | - | - | - | - | - | - | 8 | 4,986 |
| BEAVER | 4 | 2,733 | 5,734 | 4,163 | 3,737 | 1,501 | 730 | - | - | - | - | - | - | - | 18,602 |
| BEDFORD | - | - | 1,744 | 870 | 598 | 485 | 145 | - | - | - | - | - | - | 2 | 3,844 |
| BERKS | 23 | 4,411 | 10,670 | 9,495 | 9,725 | 3,457 | 61 | 1,197 | 28 | - | - | - | 2 | 283 | 39,352 |
| BLAIR | 11 | 10 | 3,113 | 3,159 | 1,899 | 1,380 | 682 | - | - | - | - | - | - | 4 | 10,258 |
| BRADFORD | 3 | 5 | 1,398 | 652 | 381 | 871 | 135 | 1 | 1 | - | - | - | - | - | 3,447 |
| BUCKS | 25 | 42 | 272 | 21,360 | 40,819 | 5,420 | 9,184 | 1,760 | 8 | 1 | 44 | - | - | 23 | 78,958 |
| BUTLER | 5 | 4 | 2,827 | 6,140 | 4,653 | 4,777 | 1,353 | 1 | - | - | - | - | 2 | 18 | 19,780 |
| CAMBRIA | 8 | 2,072 | 3,291 | 2,190 | 1,986 | 1,829 | 480 | - | 20 | - | - | - | - | 1 | 11,877 |
| CAMERON | - | - | 2 | 208 | 213 | 79 | 36 | - | - | - | - | - | - | - | 538 |
| CARBON | - | - | 1,962 | 1,702 | 961 | 771 | 194 | 5 | 8 | - | - | - | - | - | 5,603 |
| CENTRE | - | 181 | 6,036 | 5,543 | 3,267 | 2,914 | 1,173 | 12 | 1 | 2 | - | - | 6 | - | 19,135 |
| CHESTER | 30 | 3,497 | 21,947 | 15,318 | 23,601 | 4,123 | 2,837 | 2,964 | 9 | 2 | - | - | 6 | 138 | 74,472 |
| CLARION | - | - | 1,163 | 484 | 878 | 333 | 120 | 7 | - | - | - | - | - | 3 | 2,988 |
| CLEARFIELD | - | 104 | 2,144 | 1,534 | 808 | 649 | 159 | - | - | 1 | - | - | - | 1 | 5,400 |
| CLINTON | - | 35 | 937 | 495 | 920 | 298 | 156 | 6 | 37 | 14 | - | - | - | - | 2,898 |
| COLUMBIA | - | 174 | 1,619 | 1,250 | 1,048 | 733 | 140 | 1 | - | - | - | - | 1 | - | 4,966 |
| CRAWFORD | - | 494 | 1,333 | 1,042 | 1,161 | 1,262 | 354 | 12 | - | - | - | - | - | 6 | 5,664 |
| CUMBERLAND | - | 41 | 10,583 | 7,767 | 5,699 | 6,093 | 1,555 | 9 | 22 | 2 | - | - | 7 | 2 | 31,780 |
| DAUPHIN | 15 | 1,475 | 11,419 | 7,494 | 5,224 | 6,127 | 1,272 | 55 | 2 | 4 | - | - | 1 | 1,060 | 34,148 |
| DELAWARE | - | 55 | 1,509 | 1,660 | 12,485 | 19,408 | 2,523 | 2,374 | 128 | 6,627 | 3,895 | - | 3,280 | 5,479 | 59,423 |
| ELK | 2 | 502 | 951 | 519 | 341 | 329 | 132 | - | 1 | - | - | - | - | - | 2,777 |
| ERIE | 11 | 2,351 | 4,663 | 5,068 | 8,542 | 3,407 | 154 | 2,438 | 2,319 | 216 | - | - | 134 | 337 | 29,640 |
| FAYETTE | - | - | 3,395 | 2,436 | 1,733 | 889 | 1,079 | 392 | 10 | 2 | - | - | - | 12 | 9,948 |
| FOREST | - | - | 103 | 179 | 207 | 95 | 20 | - | - | - | - | - | - | - | 604 |
| FRANKLIN | 10 | 668 | 3,263 | 2,553 | 3,408 | 2,058 | 441 | 116 | - | - | - | - | - | - | 12,517 |
| FULTON | - | - | 211 | 221 | 146 | 97 | 65 | - | - | - | - | - | - | 1 | 741 |
| GREENE | - | 544 | 1,137 | 601 | 562 | 255 | 139 | 2 | 1 | - | - | - | - | - | 3,241 |
| HUNTINGDON | - | 141 | 576 | 458 | 988 | 799 | 180 | - | 2 | - | - | - | - | - | 3,144 |
| INDIANA | - | 820 | 2,881 | 1,560 | 911 | 808 | 324 | - | - | - | - | - | - | - | 7,304 |
| JEFFERSON | - | - | 15 | 885 | 1,910 | 555 | 185 | - | 45 | - | - | - | - | 1 | 3,596 |
| JUNIATA | 1 | 1 | 277 | 567 | 411 | 283 | 98 | - | 1 | - | - | - | - | - | 1,639 |
| LACKAWANNA | 7 | 3,360 | 10,149 | 7,028 | 5,908 | 1,993 | 1,004 | 2 | - | - | - | - | 3 | - | 29,454 |
| LANCASTER | 35 | 5,934 | 14,008 | 11,388 | 10,853 | 6,653 | 3,318 | 2 | 11 | - | - | - | - | 1 | 52,203 |
| LAWRENCE | 4 | 210 | 2,717 | 1,810 | 1,984 | 1,011 | 282 | - | 2 | - | - | - | 1 | - | 8,021 |
| LEBANON | - | 314 | 3,942 | 2,025 | 2,893 | 2,779 | 723 | 383 | - | - | - | - | - | - | 13,059 |
| LEHIGH | - | 701 | 9,624 | 11,809 | 8,410 | 7,055 | 1,004 | 1,215 | 34 | 45 | - | - | 3 | 8 | 39,908 |
| LUZERNE | - | - | 6,341 | 8,457 | 12,035 | 8,279 | 4,534 | 411 | - | - | - | - | 18 | 20 | 40,095 |
| LYCOMING | 4 | 11 | 2,664 | 1,294 | 1,650 | 1,396 | 514 | - | - | - | - | - | - | 2 | 7,535 |
| McKEAN | - | 272 | 888 | 515 | 486 | 340 | 75 | - | - | - | - | - | - | - | 2,576 |
| MERCER | 7 | 185 | 2,692 | 1,768 | 1,641 | 1,324 | 707 | - | - | 2 | - | - | 1 | 4 | 8,331 |
| MIFFLIN | - | - | 1,070 | 897 | 507 | 400 | 136 | - | 2 | - | - | - | - | - | 3,012 |
| MONROE | 3 | 25 | 5,357 | 3,610 | 3,937 | 865 | 1,018 | - | 1 | 1 | - | - | 2 | - | 14,819 |
| MONTGOMERY | - | - | 1,582 | 45,104 | 30,543 | 12,824 | 15,804 | 9,058 | 3,544 | 2,477 | - | - | 5,805 | 285 | 127,026 |
| MONTOUR | - | 69 | 504 | 505 | 379 | 154 | 96 | - | - | - | - | - | 2 | - | 1,709 |
| NORTHAMPTON | 6 | 3,648 | 8,705 | 8,139 | 9,160 | 5,509 | 1,623 | 219 | 4 | 5 | - | - | 1 | 10 | 37,029 |
| NORTHUMBERLAND | - | 336 | 310 | 674 | 1,370 | 1,855 | 161 | - | - | - | - | - | - | - | 4,706 |
| PERRY | 4 | 16 | 1,389 | 891 | 1,044 | 331 | 133 | - | - | - | - | - | - | - | 3,808 |
| PHILADELPHIA | 2 | 38 | 20,820 | 31,031 | 70,935 | 18,272 | 3,150 | 7,322 | 7,610 | 279 | 27 | 84 | 734 | 14,636 | 174,940 |
| PIKE | - | 704 | 1,723 | 1,210 | 1,198 | 503 | 258 | 2 | - | - | - | - | 4 | - | 5,602 |
| POTTER | - | - | 415 | 309 | 227 | 95 | 59 | - | - | - | - | - | - | 2 | 1,107 |
| SCHUYLKILL | - | - | 2,741 | 3,569 | 2,078 | 2,048 | 606 | 1 | 1 | - | - | - | - | - | 11,044 |
| SNYDER | - | 431 | 823 | 593 | 403 | 286 | 158 | - | - | - | - | - | - | 1 | 2,695 |
| SOMERSET | - | 11 | 271 | 1,738 | 2,477 | 1,032 | 270 | - | - | - | - | - | 2 | 19 | 5,820 |
| SULLIVAN | - | 47 | 248 | 133 | 111 | 60 | 26 | - | - | - | - | - | - | - | 625 |
| SUSQUEHANNA | - | 881 | 694 | 903 | 854 | 411 | 282 | - | - | 2 | - | - | - | - | 4,027 |
| TIOGA | - | - | 1,426 | 825 | 566 | 274 | 166 | - | 21 | - | - | - | - | 2 | 3,280 |
| UNION | 6 | 517 | 1,225 | 790 | 733 | 254 | 160 | - | - | 1 | - | - | - | - | 3,686 |
| VENANGO | - | - | 93 | 622 | 2,990 | 698 | 282 | 2 | - | - | - | - | - | - | 4,687 |
| WARREN | - | - | 1,331 | 682 | 432 | 444 | 207 | - | - | - | - | - | - | - | 3,096 |
| WASHINGTON | 5 | 367 | 7,389 | 4,034 | 4,323 | 4,541 | 304 | 1,213 | 47 | 1 | - | - | 2 | - | 22,226 |
| WAYNE | 5 | 801 | 1,480 | 1,194 | 727 | 578 | 270 | - | - | 1 | - | - | - | - | 5,056 |
| WESTMORELAND | 25 | 6,093 | 13,555 | 9,102 | 7,412 | 2,930 | 1,293 | - | 3 | - | - | - | 2 | 16 | 40,431 |
| WYOMING | 1 | 421 | 1,003 | 513 | 462 | 294 | 121 | - | - | - | - | - | - | - | 2,815 |
| YORK | - | 4 | 8,246 | 8,976 | 7,223 | 9,750 | 5,766 | - | 3 | - | - | - | 18 | 70 | 40,056 |
| Total | 278 | 51,743 | 292,412 | 320,032 | 436,701 | 173,869 | 89,018 | 31,183 | 14,177 | 15,973 | 3,966 | 84 | 10,240 | 22,578 | 1,462,254 |

EXHIBIT R-02