# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 3:20-CV-00215-KRG

| | |
|---|---|
| JIM BOGNET, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of *amicus curiae* Governor Arnold Schwarzenegger in the above-captioned action.

Dated: October 26, 2020               Respectfully Submitted,

/s/ Philip W. Marsh _____
Philip W. Marsh
ARNOLD & PORTER
  KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
philip.marsh@arnoldporter.com

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

                                             /s/ Philip W. Marsh _____
                                             Philip W. Marsh