UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 3:20-CV-215

| | |
|---|---|
| JIM BOGNET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>Defendants,<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>Intervenor-Defendant. | **PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE SERVICE OF PROCESS** |

For the reasons set forth below, Plaintiffs Jim Bognet, Donald K. Miller, Debra Miller, Alan Clark, and Jennifer Clark, respectfully move the Court under Fed. R. Civ. P. 6(b)(1)(A) to enlarge the time for Plaintiffs to complete service of process by 30 days.

Plaintiffs filed their complaint on October 22, 2020. Doc. No. 1. Under Fed. R. Civ. P. 4(m), which requires that Plaintiffs serve Defendants within 90 days after the complaint is filed, Plaintiffs must provide service by January 20, 2021.

Rule 6(b)(1)(A) states that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." "Good cause is understood to mean a legally sufficient reason, and it reflects the burden placed on a litigant . . . to show why a request should be granted or an action excused." *Joseph v. Hess Oil V.I. Corp.*, 651

F.3d 348, 351 & n.6 (3d Cir. 2011) (internal quotation marks and brackets omitted).  Courts have described Rule 6(b)(1)(A)'s good-cause standard as "non-rigorous" and have noted that a request for an extension of time pursuant to the Rule should "normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal quotation marks omitted); *see also MCI Telecomms. Corp. v. Teleconcepts, Inc.*, 71 F.3d 1086, 1097 (3d Cir. 1995); *Everett v. Hills*, No. 2:19-cv-322, 2020 WL 4368154, at *5–6 (W.D. Pa. July 30, 2020).  "The presence or absence of good cause for an enlargement of time to effect service is a matter of discretion for a district court." *United States v. Nuttall*, 122 F.R.D. 163, 166 (D. Del. 1988) (citing *Dominic v. Hess Oil V.I. Corp.*, 841 F.2d 513, 514, 516–17 (3d Cir. 1988)).

The Court should grant Plaintiffs' motion because (1) Plaintiffs have been diligent in their efforts to seek a waiver of service from Defendants; (2) Plaintiffs have not acted in bad faith; and (3) Defendants will not be prejudiced by a modest 30-day extension.

First, Plaintiffs have diligently attempted to seek waivers of service from Defendants Secretary Boockvar and the 67 Pennsylvania county boards of elections well before the January 20, 2021 service of process deadline, both electronically by e-mail (including a follow-up reminder after the start of the new year), and physically through the USPS.  *See* Exs. 1–2 (attached to Declaration of Peter A. Patterson ("Patterson Decl.")); *see also Shuster v. Conley*, 107 F.R.D. 755, 757 (W.D. Pa. 1985) (explaining that in the related Rule 4 good cause context "[m]ost courts have adopted the . . . diligence standard in determining when a party has shown good cause for an extension"); *cf. Braxton v. United States*, 817 F.2d 238, 241 (3d Cir. 1987) (explaining that "half-hearted efforts at service" do "not amount to good cause").  As of the date of the filing of this motion, Secretary Boockvar and 41 counties have consented to a waiver of service, but Plaintiffs

have received no response from 26 counties. *See* Patterson Decl. ¶ 5. Due to this lack of response, the imminence of the service-of-process deadline, and uncertainties regarding whether service of process will be effective in this short timeframe on certain county Defendants if their offices are closed due to the COVID-19 pandemic, a 30-day enlargement would afford Plaintiffs the ability to successfully complete service. Plaintiffs will also continue to seek waivers of service from Defendants during this period. *See* Fed. R. Civ. P. 4(d)(1)(F).

Second, Plaintiffs have not shown bad faith in their efforts to seek waivers from Defendants and to serve those Defendants who do not so consent. *See Phillips v. Household Fin. Corp.*, No. 06-cv-100, 2007 WL 1830897, at *3 (D. Del. June 25, 2007) (finding discretionary extension proper upon finding "no evidence of bad faith or conscious disregard of the federal rules by Plaintiff"); *see also Adorno v. Colvin*, No. 15-cv-2041, 2015 WL 9027129, at *2 (W.D. Pa. Dec. 15, 2015). The large number of Defendants in this case makes coordinating receiving an affirmative response from each one a substantial task. Furthermore, the service-of-process period overlapped with the year-end holiday period, with many offices closed for some of that time.

Third, Defendants will not be prejudiced by a modest 30-day extension. Litigation in this case has proceeded before this Court, in the Third Circuit, and in the Supreme Court, with electronic and USPS mailings of the various filings to all Defendants. *See, e.g.*, Sup. Ct. R. 12.3. Defendants will not be caught by surprise by this case. *See Nuttall*, 122 F.R.D. at 167 ("[A]ctual notice precludes any finding of . . . prejudice to[] defendant[,] notwithstanding that service of process did not comport with every detail of [the Federal Rules of Civil Procedure].").

Finally, a 30-day enlargement of the time to serve Defendants would enable Plaintiffs to conserve resources and avoid the unnecessary expense of attempting process on a contracted timeframe and in an expedited manner.

Accordingly, Plaintiffs respectfully request that this Court grant their motion to enlarge the time to complete service of process for 30 days.

Dated: January 19, 2021

David H. Thompson\*
Peter A. Patterson\*
Nicole J. Moss\*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nmoss@cooperkirk.com

\*Appearing pro hac vice

Respectfully submitted,

/s/ Bradley A. King
PA ID No. 307090
King Legal Group, LLC
114 North Maple Avenue
Greensburg, PA 15601
Telephone: (724) 836-1500
Fax: (724) 836-1668
bking@kinglg.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing and served on counsel registered to receive CM/ECF notifications in this case. I also caused the foregoing document to be e-mailed to the following counsel for Defendants who have not registered to receive CM/ECF notifications in this case at the email addresses identified below:

**Defendant**

| | |
|---|---|
| **ADAMS COUNTY BOARD OF ELECTIONS** | Molly R Mudd<br>County of Adams<br>117 Baltimore Street<br>Gettysburg, PA 17325<br>(717) 337-5911<br>mmudd@adamscounty.us |

**Defendant**

| | |
|---|---|
| **ALLEGHENY COUNTY BOARD OF ELECTIONS** | Allan J. Opsitnick<br>Allan J. Opsitnick, Esquire<br>564 Forbes Avenue<br>Suite 1301<br>Pittsburgh, PA 15219<br>(412) 391-3299<br>aopsitnick@opsitnickslaw.com |

**Defendant**

| | |
|---|---|
| **BEAVER COUNTY BOARD OF ELECTIONS** | Garen Fedeles<br>810 Third St<br>Beaver, PA 15009<br>(724) 770-4445<br>gfedeles@beavercountypa.gov |

**Defendant**

**BRADFORD COUNTY BOARD OF ELECTIONS**

Jonathan Foster Jr.
Bradford County Solicitor
303 South Keystone Avenue
Sayre, PA 18840
(570) 888-1529
Jonathan.Jr@fosterslawfirm.com

**Defendant**

**BUCKS COUNTY BOARD OF ELECTIONS**

Joseph J. Khan
Bucks County Law Department
55 E. Court Street
Doylestown, PA 18901
(215) 348-6464
jjkhan@buckscounty.org

**Defendant**

**BUTLER COUNTY BOARD OF ELECTIONS**

H. William White, III
Butler County Solicitor
Butler County Courthouse
P.O. Box 1208
Butler, PA 16003
(724) 284-5381
wwhite@co.butler.pa.us

**Defendant**

**CAMBRIA COUNTY BOARD OF ELECTIONS**

William Gleason Barbin
Cambria County Solicitor's Office
200 South Center Street
Cambria County Courthouse
Ebensburg, PA 15931
(814) 472-1607
mkestermont@co.cambria.pa.us

**Defendant**

**CAMERON COUNTY BOARD OF ELECTIONS**

Edwin W. Tompkins, III
Cameron County Solicitor
P.O. Box 31
Emporium, PA 15834
(814) 486-1532
ewtompkinslaw@gmail.com

**Defendant**

**CHESTER COUNTY BOARD OF ELECTIONS**

**Nicole Forzato**
313 W. Market St., Suite 6702
West Chester, PA 19380
(610) 344-6195
nforzato@chesco.org

**Defendant**

**CLEARFIELD COUNTY BOARD OF ELECTIONS**

**Heather Bozovich**
Clearfield County Solicitor
Lisa Marie Vari & Assoc., P.C.
114 ½ S. Second St.
Clearfield, PA 16830
(814) 290-0566
heather@bozovichlaw.com

**Defendant**

**CLINTON COUNTY BOARD OF ELECTIONS**

**Larry Coploff**
Clinton County Solicitor
Coploff, Ryan, Welch & Houser
136 E. Water St.
Lock Haven, PA 17745
(570) 748-7771
lec@crwlaw.net

**Defendant**

**CRAWFORD COUNTY BOARD OF ELECTIONS**

**Keith A. Button**
Shafer Law Firm
890 Market St.
Meadville, PA 16335
(814) 724-4540
kbutton@shaferlaw.com

**Defendant**

**CUMBERLAND COUNTY BOARD OF ELECTIONS**

**Keith O. Brenneman**
Law Office of Keith O. Brenneman, P.C.
44 West Main Street
Mechanicsburg, PA 17055
(717) 697-8528
k.brenneman@verizon.net

**Defendant**

**ELK COUNTY BOARD OF ELECTIONS**

**Thomas G. Wagner**
Elk County Solicitor
Meyer, Wagner, Brown & Kraus
115 Lafayette St.
St. Marys, PA 15857
(814) 781-3445
twagner@mwbklaw.com

**Defendant**

**ERIE COUNTY BOARD OF ELECTIONS**

**Thomas S. Talarico**
Talarico & Niebauer
230 W. 6th St.
Erie, PA 16507
(814) 459-4472
ttalarico@nwpalawyers.com

**Defendant**

**FOREST COUNTY BOARD OF ELECTIONS**

**Timothy R. Bevevino**
Forest County Solicitor
Swanson, Bevevino & Sharp, P.C.
311 Market St.
Warren, PA 16365
(814) 723-2080
attorneys@sbglawoffice.com

**Defendant**

**FULTON COUNTY BOARD OF ELECTIONS**

**James M. Stein**
Fulton County Solicitor
Dick, Stein, Schemel, Wine & Frey, LLP
13 West Main Street, Suite 210
Waynesboro, PA 17268
(717) 762-1160
dsslaw@dsslawyers.com

**Defendant**

**GREENE COUNTY BOARD OF ELECTIONS**

**Robert Eugene Grimm**
Solicitor for Greene County
P.O. Box 430
Smithfield, PA 15478
(724) 569-2819
rgrimm@co.greene.pa.us

8

**Defendant**

| | |
|---|---|
| **JEFFERSON COUNTY BOARD OF ELECTIONS** | **C.J. Zwick**<br>Zwick & Zwick LLP<br>171 Beaver Drive<br>P.O. Box 1127<br>DuBois, PA 15801<br>(814) 371-6400<br>cjz@zwick-law.com |

**Defendant**

| | |
|---|---|
| **JUNIATA COUNTY BOARD OF ELECTIONS** | **Donald K. Zagurskie**<br>Johnston & Zagurskie, PC<br>117 Main Street<br>PO Box O<br>Mifflin, PA 17058<br>(717) 436-8044<br>jzmlawoffice@gmail.com |

**Defendant**

| | |
|---|---|
| **LANCASTER COUNTY BOARD OF ELECTIONS** | **Christina L Hausner**<br>Lancaster County Solicitor<br>150 N. Queen Street<br>Lancaster, PA 17603<br>(717) 735-1584<br>chausner@co.lancaster.pa.us |

**Defendant**

| | |
|---|---|
| **LEBANON COUNTY BOARD OF ELECTIONS** | **David R. Warner, Jr.**<br>Lebanon County Solicitor<br>Buzgon Davis Law Offices<br>525 South Eighth Street<br>Lebanon, PA 17042<br>(717) 274-1421<br>warner@buzgondavis.com |

**Defendant**

| | |
|---|---|
| **LEHIGH COUNTY BOARD OF ELECTIONS** | **Thomas M. Caffrey**<br>Thomas M. Caffrey<br>PO BOX A<br>Coplay, PA 18037-0200 |

|  |  |
|---|---|
|  | (610) 434-4418<br>tcaffrey@rcn.com |
| **Defendant**<br>**LYCOMING COUNTY BOARD OF ELECTIONS** | Joseph D. Smith<br>McCormick Law Firm<br>835 West Fourth Street<br>P.O. Box 577<br>Williamsport, PA 17701<br>(570) 326-5131<br>dsmith@mcclaw.com |
| **Defendant**<br>**MCKEAN COUNTY BOARD OF ELECTIONS** | Anthony V. Clarke<br>McKean County Solicitor<br>500 W. Main St.<br>Smethport, PA 16749<br>(814) 331-6441<br>theclarkefirm@yahoo.com |
| **Defendant**<br>**MERCER COUNTY BOARD OF ELECTIONS** | William J. Madden<br>Mercer County Solicitor<br>165 Euclid Ave.<br>Sharon, PA 16146<br>(724) 342-1300<br>wjmpc@verizon.net |
| **Defendant**<br>**MIFFLIN COUNTY BOARD OF ELECTIONS** | Stephen S. Snook<br>Mifflin County Solicitor<br>BMZ Law<br>20 South Wayne St.<br>Lewiston, PA 17044<br>(717) 363-0342<br>ssnook@bmzlaw.com |
| **Defendant**<br>**NORTHAMPTON COUNTY BOARD OF ELECTIONS** | Brian J. Taylor<br>Northampton County Solicitor's Office<br>669 Washington Street<br>Easton, PA 18042<br>(610) 829-6350<br>btaylor@kingspry.com |

10

**Defendant**

**PHILADELPHIA COUNTY BOARD OF ELECTIONS**

**Marcel S. Pratt**
Philadelphia County Solicitor
City of Philadelphia Law Dept.
1515 Arch St., Fl. 17
Philadelphia, PA 19147
(215) 683-5038
Marcel.pratt@phila.gov

**Defendant**

**SOMERSET COUNTY BOARD OF ELECTIONS**

**Michael P. Barbera**
Barbera, Melvin, Svonavec & Sperlazza LLP
146 West Main Street, P.O. Box 775
Somerset, PA 15501
(814) 443-4681
mpbarbera@barberalaw.com

**Defendant**

**SULLIVAN COUNTY BOARD OF ELECTIONS**

**Kenneth R. Levitzky**
125 Churchill Street
Dushore, PA 18614
(570) 928-8288
krllaw@epix.net

**Defendant**

**SUSQUEHANNA COUNTY BOARD OF ELECTIONS**

**Robert D. Schaub**
Rosenn Jenkins & Greenwald LLP
Cross Creek Pointe, 1065 Highway 315
Suite 200
Wilkes-Barre, PA 18702
(570) 826-5652
rschaub@rjglaw.com

**Defendant**

**UNION COUNTY BOARD OF ELECTIONS**

**Jonathan L. DeWald**
Union County Solicitor
McNerney, Page, Vanderlin & Hall
433 Market Street
Williamsport, PA 17701
(570) 326-6555
jdewald@mpvhlaw.com

| | |
|---|---|
| **Defendant** | |
| **WARREN COUNTY BOARD OF ELECTIONS** | Nathaniel Justus Schmidt<br>Schmidt Law Firm<br>315 Second Avenue, Suite 704<br>P.O. Box 746<br>Warren, PA 16365<br>(814) 723-8665<br>contact@theschmidtlawfirm.com |
| **Defendant** | |
| **WYOMING COUNTY BOARD OF ELECTIONS** | Kenneth R Levitzky<br>(See above for address) |
| | /s/ Bradley A. King<br>Bradley A. King |
| David H. Thompson*<br>Peter A. Patterson*<br>Nicole J. Moss*<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 220-9600<br>Fax: (202) 220-9601<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>nmoss@cooperkirk.com | PA ID No. 307090<br>King Legal Group, LLC<br>114 North Maple Avenue<br>Greensburg, PA 15601<br>Telephone: (724) 836-1500<br>Fax: (724) 836-1668<br>bking@kinglg.com |
| *\*Appearing pro hac vice* | *Attorneys for Plaintiffs* |