UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM BOGNET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>Defendants,<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>Intervenor-Defendant. | CIVIL ACTION NO. 3:20-CV-215<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE SERVICE OF PROCESS

THIS MATTER is before the Court upon the application of King Legal Group, LLC, and Cooper & Kirk, PLLC, attorneys for Plaintiffs, for an enlargement of time to complete service of process pursuant to Fed. R. Civ. P. 6(b)(1)(A). Upon due consideration, and for good cause having been shown;

IT IS on this 8th day of February, 2021, **ORDERED THAT** Plaintiffs' Motion for an Enlargement of Time to Complete Service of Process **IS GRANTED**. The deadline for Plaintiffs to complete service of process is enlarged by 30 days from Wednesday, January 20, 2021 to Friday, February 19, 2021.

Hon. Kim R. Gibson
United States District Judge