IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIM BOGNET, *et al.*, | : |
| Plaintiffs, | : |
| v. | : NO. 3:20-cv-00215-KRG |
| VERONICA DEGRAFFENREID, in her capacity as Acting Secretary of the Commonwealth of Pennsylvania, *et al.*, | : |
| Defendants. | : |

**ORDER**

AND NOW, this 11th day of February, 2021, upon consideration of the Unopposed Motion of Defendant Veronica Degraffenreid in her capacity as Acting Secretary of the Commonwealth of Pennsylvania for an Extension of Time to Respond to Plaintiffs' Complaint, it is hereby ORDERED that the Motion is GRANTED, and Defendant Degraffenreid's deadline to answer, move, or otherwise respond to Plaintiffs' Complaint (ECF 1) is extended until twenty-one days after the United States Supreme Court enters an Order disposing of the pending petition for writ of certiorari from the November 13, 2020 judgment of the Third Circuit Court of Appeals in this matter. *See Bognet v. Boockvar*, 980 F.3d 336 (3d Cir. 2020), *petition for cert. pending*, No. 20-740 (filed Nov. 20, 2020). It is further ORDERED that Defendant Degraffenreid will file notice with the Court when the Supreme Court has so ruled.

BY THE COURT:

_____
Kim R. Gibson, J.