IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM BOGNET, *et al.*, | ) | Case No. 3:20-cv-215 |
| | ) | |
| Plaintiffs, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA DEGRAFFENREID, in her capacity as Acting Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

NOW, this ___12th___ day of February, 2021, upon consideration the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint by Defendants Boards of Election of Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Huntingdon, Indiana, Lackawanna, Lawrence, Montour, Northumberland, Venango, and York Counties (ECF No. 95), the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint by Defendants Boards of Elections of Bucks, Chester, Delaware, Montgomery, and Philadelphia Counties (ECF No. 97), and the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint by Defendant Washington County Board of Elections (ECF No. 98), it is **HEREBY ORDERED** that the Motions are **GRANTED**. Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Complaint (ECF No. 1) is extended until twenty-one days after the United States Supreme Court enters an Order disposing of the pending petition for writ of certiorari from the November 13, 2020, judgment of the Court of Appeals for the Third Circuit in this matter. *See Bognet v. Boockvar*, 980 F.3d 336 (3d Cir. 2020), *petition for cert. filed*, (U.S. Nov. 20, 2020) (No. 20-

0740). In light of this Order and the Court's previous Order granting the same extension of time to another Defendant in this case (ECF No. 94), it is **FURTHER ORDERED** that an extension of time is **GRANTED** for all Defendants and that all Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint (ECF No. 1) within twenty-one days of the United States Supreme Court entering an Order disposing of the pending petition for writ of certiorari.

BY THE COURT:

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**