IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM BOGNET, et al.<br>    Plaintiffs, | : | NO. 3:20-CV-215 |
| v. | : | |
| VERONICA DEGRAFFENREID,<br>in her capacity as Acting Secretary of the<br>Commonwealth of Pennsylvania, et al., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of February _____, 2021, upon consideration of the Unopposed Motion of Defendant Board of Elections of Potter County's Motion for Extension of Time to Respond to Plaintiffs' Complaint, it is hereby ORDERED that the Motion is GRANTED, and the aforementioned Defendant's deadline to answer, move, or otherwise respond to Plaintiffs' Complaint (ECF 1) is extended until twenty-one days after the United States Supreme Court enters an Order disposing of the pending petition for writ of certiorari from the November 13, 2020 judgment of the Third Circuit Court of Appeals in this matter. *See Bognet v. Boockvar*, 980 F.3d 336 (3d Cir. 2020), *petition for cert. pending*, No. 20-740 (filed Nov. 20, 2020).

BY THE COURT:

_____
Kim R. Gibson, J