## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIM BOGNET, *et al.*,                                :     Case No. 3:20-cv-00215-KRG
                                                             :
                    Plaintiffs,              :
                                                             :
          v.                                     :
                                                             :
VERONICA DEGRAFFENREID, in :
her capacity as Acting Secretary of    :
the Commonwealth of Pennsylvania,  :
*et al.*,                                              :
                                                             :
                    Defendants.        :

## ORDER

AND NOW, on this _____ day of March, 2021, the Motion for Withdrawal of

Appearance filed by Stephen B. Edwards is hereby GRANTED.  In accordance

therewith, Stephen B. Edwards's appearance on behalf of Defendant Franklin

County Board of Electors is hereby TERMINATED.  The Clerk of Court is hereby

directed to REMOVE Mr. Edwards as counsel of record for said Defendant.

                                                        BY THE COURT:


                                                        _____

                                                                                              J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM BOGNET, *et al.*, | : | Case No. 3:20-cv-00215-KRG |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VERONICA DEGRAFFENREID, in | : | |
| her capacity as Acting Secretary of | : | |
| the Commonwealth of Pennsylvania, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>MOTION FOR WITHDRAWAL OF APPEARANCE</u>

Pursuant to Local Civil Rule 83.2 C.4, undersigned counsel Stephen B. Edwards hereby moves this Court to withdraw his appearance on behalf of Defendant Franklin County Board of Electors.  Undersigned counsel states the following in support of this Motion:

1. Undersigned counsel seeks to withdraw from this matter because he is no longer employed by Lavery Law, the firm hired to represent the Defendant identified above.

2. Undersigned counsel's representation of said Defendant was always carried out with the assistance of Frank J. Lavery, Jr. and Andrew W. Norfleet.

WHEREFORE, based on the reasons given above, undersigned counsel respectfully requests that this Court allow him to withdraw as counsel for Defendant Franklin County Board of Electors in the above-captioned matter.  Frank J. Lavery, Jr. and Andrew W. Norfleet will continue to represent said Defendants.

Respectfully submitted,

**METTE, EVANS & WOODSIDE**

By:  */s/ Stephen B. Edwards*
Stephen B. Edwards, Esquire
Sup. Ct. I.D. No. 326453
3401 North Front Street
P.O. Box 5950
Harrisburg, PA  17110-0950
(717) 232-5000 – Phone
(717) 236-1816 – Fax

Date:  March 15, 2021

3. Messrs. Lavery and Norfleet will continue to capably and aggressively represent said Defendant, such that no prejudice to said Defendant will result from undersigned counsel's withdrawal.

4. As indicated on the docket in this matter, attorneys Lavery and Norfleet can be reached at the following address:

> Lavery Law
> 225 Market Street
> Suite 304
> P.O. Box 1245
> Harrisburg, PA 17108-1245
> (717) 233-6633
> Fax: (717) 233-7003
> Email: flavery@laverylaw.com; anorfleet@laverylaw.com