# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

20-3214

Jim Bognet, et al v. Secretary Commonwealth of PA, et al

3-20-cv-00215

# O R D E R

The mandate issued on 05/21/21 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

May 21, 2021
cc:
Mark A. AronchickEsq.
Brian W. BarnesEsq.
Elizabeth A. DupuisEsq.
Stephen B. EdwardsEsq.
Courtney A. ElgartEsq.
Marc E. EliasEsq.
Michele D. HangleyEsq.
Sean A. KirkpatrickEsq.
Frank J. Lavery Jr.Esq.
Dimitrios MavroudisEsq.
Molly E. MeachamEsq.
Uzoma N. NkwontaEsq.
Andrew W. NorfleetEsq.
Peter A. PattersonEsq.
Jessica RickabaughEsq.
Edward D. RogersEsq.
Thomas R. ShafferEsq.
Christine D. SteereEsq.
David H. ThompsonEsq.
Joe H. Tucker Jr.Esq.
Elizabeth V. WingfieldEsq.
Robert A. WiygulEsq.



A True Copy:

Patricia S. Dodszuweit, Clerk